IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAX DEVON LAMPKINS,

      Appellant,

v.

                                  Case No.    5D22-159
                                  LT Case No. 2019-CF-011849-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Orange County,
Bob Leblanc, Judge.

Matthew J. Metz, Public Defender, and
Kathryn Rollison Radtke, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.